## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Howard Cohan
                    Plaintiff,

v.                                                    Case No.: 1:18−cv−04290
                                                   Honorable Charles P. Kocoras

Omni Hotel Chicago
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 17, 2019:

      MINUTE entry before the Honorable Charles P. Kocoras: Status hearing held. Counsel advised the Court that the parties have reached a resolution as to the material terms. The instant action is hereby dismissed pursuant to settlement without prejudice to move for reinstatement within 60 days. In the event no party moves to reinstate within 60 days, the dismissal shall convert to a dismissal with prejudice at that time. Civil case terminated. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.